

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Casey James Perkins a/k/a Jimmy Perkins, | § | No. 08-19-00068-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# CR 20180D01802) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **July 8, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Daeleen R. Melendez, Official Court Reporter for the 120th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before July 8, 2019.

IT IS SO ORDERED this 11th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.